IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIRLEY DAVILA, Individually and** | : | **CIVIL ACTION** |
| Pursuant to Pa. R. C. P. 2202(B) as | : | |
| Trustee Ad Litem for Estate of | : | |
| **JESSICA DIANE DAVILA, Deceased** | : | |
| | : | |
| v. | : | |
| | : | |
| **GENERAL NUTRITION CENTERS, INC.,** | : | **NO. 12-3962** |
| **GNC HOLDINGS, INC. and USPLABS, LLC** | : | |

## ORDER

**NOW**, this 19th day of September, 2012, upon consideration of the Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction (Document No. 12) and the defendant's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.